**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Allan DREYER, Defendant– Appellant.**

No. 13–30077.

United States Court of Appeals, Ninth Circuit.

March 25, 2015.

Helen J. Brunner, Esquire, Assistant U.S., Justin Arnold, Assistant U.S., Marci Lynette Ellsworth, Assistant U.S., J. Tate London, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Erik B. Levin, Law Office of Erik Levin, Berkeley, CA, for Defendant–Appellant.

---

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.